UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PERSONAL GENOME DIAGNOSTICS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-mc-80131-SVK<br><br>**ORDER REGARDING MOTION TO ENFORCE COMPLIANCE WITH DISCOVERY ORDER**<br><br>Re: Dkt. Nos. 19, 21, 22 |

　　　　Movant Personal Genome Diagnostics, Inc.'s ("PGDx") motion to enforce compliance with a discovery order (Dkt. 19) came on for hearing on December 3, 2019. PGDx's motion arises out of this Court's July 22, 2019 Order. Dkt. 14. In its motion, PGDx argues that Respondents Wilson Sonsini Goodrich & Rosati, P.C. and attorney Vern Norviel (collectively, "Respondents"), are withholding responsive documents. Respondents argue that all responsive documents have been produced, and, more specifically, that the unproduced documents that reflect agreed-upon search terms are not responsive to PGDx's subject requests.

　　　　The Parties and the Court are familiar with the relevant background facts, which will not be restated here. The dispute at present involves 2,539 documents that reflect search terms but, after having been evaluated by Respondents, have been determined to be non-responsive. PGDx, both in its brief and at oral argument, presented exemplars of responsive documents that were not produced. Respondents, in their brief and again at oral argument, defended their search and determination protocols.

　　　　After considering the briefs, all supporting declarations and exhibits, the well-presented oral arguments, and the relevant law, the Court discussed with the Parties the appointment of a special master pursuant to Fed. R. Civ. P. 53 to review the 2,539 disputed documents. The Court

is aware that discovery is closed in the underlying action and that the pretrial conference is set for May 2020. With that schedule in mind, the Court **ORDERS** the following:

PGDx and Respondents may each identify two special master candidates. Each party must vet their proposed candidates to confirm the candidate's (1) absence of conflicts of interest and (2) availability to handle this matter within the next sixty days.

PGDx and Respondents are to exchange their vetted candidates on **December 6, 2019.** If the Parties have a common candidate, that candidate must be submitted to the Court on or before **December 9, 2019**. If the Parties do not have a common candidate, each party may strike one of the other party's candidates, and the two remaining candidates must be submitted to the Court on **December 9, 2019**.

The Court will then select the special master from the submitted candidate(s) and will prepare an order appointing the special master in accordance with Fed. R. Civ. P. 53. In part, the order will state that the special master will be provided with the briefs and the relevant court orders leading to this dispute. The order will also permit each side to submit a brief, not to exceed five pages, to the special master to provide context for the evaluation of documents. The anticipated due date for these briefs will be **December 20, 2019**. The order will also allow the special master to have ex parte communications with either party as needed. If the dates set forth above remain in place, the order will provide for the special master to complete its review and issue a report by **January 31, 2020**, and the Parties will be heard regarding the special master's report on **February 11, 2020**.

PGDx will bear the costs of the special master's review of the disputed documents.

////
////
////
////
////
////
////

The Parties are encouraged to engage in robust meet and confer efforts regarding the identification of an available special master and the schedule. Either party may make a submission to the Court by **12:00 p.m. on Thursday, December 5**, **2019**, requesting an adjustment to the foregoing schedule for good cause. Any such submission must reflect the aforementioned meet and confer efforts. The Court may be reluctant to extend the schedule in light of the underlying action.

**SO ORDERED.**

Dated: December 3, 2019

SUSAN VAN KEULEN
United States Magistrate Judge