United States District Court
Northern District of California

1

2

3

4    UNITED STATES DISTRICT COURT

5    NORTHERN DISTRICT OF CALIFORNIA

6

7    GUARDANT HEALTH, INC.,                    Case No.  19-mc-80131-SVK

8            Plaintiff,

9        v.                                    **ORDER DENYING RESPONDENTS'
                                                REQUEST FOR AN EXTENSION OF
10   PERSONAL GENOME DIAGNOSTICS,              TIME**
     INC., et al.,
11                                             Re: Dkt. No. 28
             Defendants.

12

13        The dispute before this Court arises out of litigation currently underway in Delaware.

14   Movant Personal Genome Diagnostics, Inc. ("PGDx") seeks to compel the production of

15   documents from Respondents Wilson Sonsini Goodrich & Rosati, P.C. and Vern Norviel

16   (collectively, "Respondents").[1]  The Court issued an order on December 3, 2019 setting forth a

17   schedule in anticipation of the appointment of a special master to review certain disputed

18   documents.  Dkt. 25.  The Court allowed the Parties until December 5, 2019 at 12:00 p.m. to

19   request an adjustment to the schedule for good cause.  Dkt. 25 at 3.  On December 5, Respondents

20   filed a request to extend the December 5 deadline to December 10 on the suggestion that the

21   California Rules of Professional Conduct may require them to obtain client consent before turning

22   over documents to a special master for review pursuant to an order of the Court.  Dkt. 28 at 2.

23   Respondents cite no authority, and the Court is aware of none, that supports their proffered reason

24   for possibly needing an extension.  Respondents' citation to *Wellpoint Health Networks, Inc. v.*

25   *Superior Court*, 59 Cal. App. 4th 110, 121 (1997), is not well-taken as that case is vastly different

26   from the present situation.  Respondents' request is at best, premature and at worst, insupportable.

27

28   _____

     [1] Previous orders relating to PGDx's motion to compel are located at Dkts. 14 and 25.

Accordingly, having found no good cause for Respondents' request, the extension is **DENIED**.

In accordance with this Court's December 3, 2019 Order, the Parties are to exchange their vetted special master candidates by **December 6, 2019**. If the Parties have a common candidate, that candidate must be submitted to the Court on or before **December 9, 2019**. If the Parties do not have a common candidate, each party may strike one of the other party's candidates and the two remaining candidates must be submitted to the Court on **December 9, 2019**. The Court will then select the special master from the submitted candidate(s) and will prepare an order appointing the special master in accordance with Fed. R. Civ. P. 53 and this Court's December 3, 2019 Order.

**SO ORDERED.**

Dated: December 6, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge