UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>PERSONAL GENOME DIAGNOSTICS, INC., et al.,<br><br>  Defendants. | Case No. 19-mc-80131-SVK<br><br>**ORDER SETTING FURTHER HEARING ON APPOINTMENT OF SPECIAL MASTER**<br><br>Re: Dkt. Nos. 25, 30, 31, 32 |

The Court is in receipt of Wilson Sonsini Goodrich & Rosati, P.C. and Vern Norviel's (collectively, "Respondents") Submission and Request to be Heard (Dkt. 31) and Movant Personal Genome Diagnostics, Inc.'s ("PGDx") Submission (Dkt. 32). Accordingly, the Court **ORDERS** as follows:

The parties must provide the Special Master candidate's contact information to the Courtroom Deputy via email at SvKCRD@cand.uscourts.gov.

Additionally, the parties are ordered to appear for a further hearing on the appointment of a Special Master on **December 17, 2019 at 10:00 a.m.** PGDx may file a responsive brief, not to exceed five pages, to Respondents' Submission and Request to be Heard by **December 12, 2019.**

**SO ORDERED.**

Dated: December 10, 2019

SUSAN VAN KEULEN
United States Magistrate Judge