UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDANT HEALTH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PERSONAL GENOME DIAGNOSTICS, INC., et al.,<br><br>Defendants. | Case No. 19-mc-80131-SVK<br><br>**ORDER REGARDING SPECIAL MASTER AFFIDAVIT** |

The Parties have agreed to the appointment of a Special Master to review their instant discovery dispute. Pursuant to Fed. R. Civ. P. 53(b)(3)(A), the Court may not issue a Rule 53 order until the Special Master files an affidavit disclosing any grounds for his disqualification under 28 U.S.C. § 455. Accordingly, the Court **ORDERS** the Parties to either (1) provide the Special Master's affidavit by **December 20, 2019 at 12:00 p.m**. or (2) indicate a date certain by which the affidavit will be provided.

**SO ORDERED.**

Dated: December 18, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge