Joseph R. Re (SBN 134,479)
Joe.re@knobbe.com
Stephen W. Larson (SBN 240,844)
Stephen.larson@knobbe.com
Baraa Kahf (SBN 261,144)
Baraa.kahf@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404/Facsimile: (949) 760-9502

Attorneys for Movant
PERSONAL GENOME DIAGNOSTICS, INC.

MARK G. PARNES, State Bar No. 104775
LUKE A. LISS, State Bar No. 247520
DYLAN G. SAVAGE, State Bar No. 310452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300/Facsimile: (650) 565-5100
Email: mparnes@wsgr.com
lliss@wsgr.com
dsavage@wsgr.com

Attorneys for Respondents
WILSON SONSINI GOODRICH & ROSATI
AND VERN NORVIEL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PERSONAL GENOME DIAGNOSTICS, INC., <br><br> Movant, <br><br> v. <br><br> WILSON SONSINI GOODRICH & ROSATI, AND VERN NORVIEL, <br><br> Respondents. | Case No. 5:19-mc-80131-SVK <br><br> [Action pending in U.S. District Court for the District of Delaware, Case No. 1:17-cv-01623-LPS-CJB] <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO ADOPT SPECIAL MASTER'S AMENDED REPORT AND RECOMMENDATIONS** <br><br> Hon. Susan van Keulen |

Joint Stipulation to Adopt Special Master's Recommendations, Case 5:19-mc-80131-SVK

Pursuant to Civil L.R. 7.12, Movant Personal Genome Diagnostics, Inc. ("PGDx") and Respondents Wilson Sonsini Goodrich & Rosati ("WSGR") and Vern Norviel ("Norviel") (collectively, "Respondents") respectfully submit this Joint Stipulation to adopt the Amended Report and Recommendations of Special Master Mark LeHocky.

WHEREAS, on October 16, 2019, PGDx filed its motion (the "Motion") seeking enforcement of this Court's July 22, 2019 Discovery Order (Dkt. 14) granting in part and denying in part PGDx's motion to compel production of documents in connection with a patent infringement case pending in the United States District Court for the District of Delaware, Case No. 1:17-cv-01623-LPS-CJB. Respondents filed their Opposition to the Motion on October 30, 2019. PGDx filed its reply to the Motion on November 6, 2019.

WHEREAS, the Court held a hearing on the Motion on December 3, 2019.

WHEREAS, the Court gave the parties notice of its intent to appoint a Special Master and provided the opportunity to be heard regarding this appointment (December 10, 2019 Order, Dkt. 33).

WHEREAS, the Court appointed Mark LeHocky as Special Master on December 18, 2019 (Dkt. 38).

WHEREAS, the Special Master filed his Report and Recommendations regarding Respondents' production of certain documents on February 13, 2020.

WHEREAS, the Special Master filed an Amended Report and Recommendations regarding the same on February 14, 2020.

WHEREAS, the parties have agreed that the Court should adopt the Special Master's Amended Report and Recommendations.

/ / /

/ / /

/ / /

**THEREFORE, IT IS HEREBY STIPULATED THAT:**

The parties jointly and respectfully request that the Court adopt the Amended Report and Recommendations of Special Master Mark LeHocky. Subject to the Court's approval and convenience, the parties further agree that the hearing currently set for February 25, 2020 regarding the Special Master's Report may be vacated.

**IT IS SO STIPULATED.**

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 20, 2020      By: /s/ *Baraa Kahf*
                                                                   Joseph R. Re
                                                                   Stephen W. Larson
                                                                   Baraa Kahf

                                                                   Attorneys for Movant, Personal Genome Diagnostics, Inc.

## **DECLARATION OF CONSENT**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the relevant parties hereto.

Dated: February 20, 2020      By: /s/ *Baraa Kahf*
                                                                   Baraa Kahf

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 20, 2020      _____
                                                                   Hon. Susan van Keulen
                                                                   United States Magistrate Judge