| | |
|---|---|
| 1 | MARK G. PARNES, State Bar No. 104775 |
| | LUKE A. LISS, State Bar No. 247520 |
| 2 | DYLAN G. SAVAGE, State Bar No. 310452 |
| | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation |
| | 650 Page Mill Road |
| 4 | Palo Alto, CA 94304-1050 |
| | Telephone: (650) 493-9300 |
| 5 | Facsimile: (650) 565-5100 |
| | Email: mparnes@wsgr.com |
| 6 | lliss@wsgr.com |
| | dsavage@wsgr.com |
| 7 | |
| | Attorneys for Respondents |
| 8 | WILSON SONSINI GOODRICH & ROSATI, |
| | P.C. AND VERN NORVIEL |
| 9 | |
| | Joseph R. Re, State Bar No. 134479 |
| 10 | Stephen W. Larson, State Bar No. 240844 |
| | Baraa Kahf, State Bar No. 261144 |
| 11 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 12 | 2040 Main St., 14th Floor |
| | Irvine, CA 92614 |
| 13 | Telephone: (949) 760-0404 |
| | Facsimile: (949) 760-9502 |
| 14 | Email: Joe.re@knobbe.com |
| | Stephen.larson@knobbe.com |
| 15 | Baraa.kahf@knobbe.com |
| 16 | |
| | Attorneys for Movant |
| 17 | PERSONAL GENOME DIAGNOSTICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| PERSONAL GENOME DIAGNOSTICS, INC., | ) | CASE NO. 5:19-mc-80131-SVK |
| Movant, | ) ) ) | [Action pending in United States District Court for the District of Delaware, Case No. 1:17-cv-01623-LPS-CJB] |
| v. | ) ) | |
| WILSON SONSINI GOODRICH & ROSATI, AND VERN NORVIEL, | ) ) ) | **STIPULATED [PROPOSED] PROTECTIVE ORDER** |
| Respondents. | ) ) ) | Before: Magistrate Judge Susan van Keulen |

Pursuant to the Special Master's Amended Report and Recommendations Regarding Discovery Dispute ("Special Master's Report"), as adopted by the Court on February 20, 2020, Movant Personal Genome Diagnostics, Inc. ("PGDx") and Respondents Wilson Sonsini Goodrich & Rosati, P.C. ("WSGR") and Vern Norviel (together with WSGR, "Respondents") enter into and respectfully submit for the Court's approval the following Stipulated Protective Order Governing Materials Produced as "Attorneys' Eyes Only" ("Protective Order").

1. This Protective Order shall govern Respondents' production of documents (the "Discovery Material") solely for the purposes set forth in the Special Master's Report. The documents constituting Discovery Material for purposes of this agreement are Bates-numbered:

   a. WSGR-SM000030-004183;
   b. WSGR-SM004185-008338;
   c. WSGR-SM008340-008462;
   d. WSGR-SM008734-008738;
   e. WSGR-SM008739-008742;
   f. WSGR-SM010947-011072; and
   g. WSGR-SM011264-011389.

2. The Discovery Material subject to this Protective Order shall be stamped "Attorneys' Eyes Only" and shall be produced to and reviewed by PGDx's outside counsel. Unless otherwise ordered by the Court or permitted in writing by Respondents, PGDx's outside counsel shall not provide, disseminate, or characterize the Discovery Material to anyone else, including any in-house counsel at PGDx, except that PGDx's outside counsel is permitted to use the Discovery Material at the depositions of Vern Norviel and Jeffrey Seidel, and in connection with a motion seeking leave to use Discovery Material as evidence, as provided for in the Special Master's Report.

   a. Outside counsel shall mean (i) counsel who has been retained by a Party for the action captioned, *Guardant Health, Inc. v. Personal Genome Diagnostics. Inc.*, 1:17-cv-01623 (D. Del) (the "Delaware Action") or this action and who is not a current employee of the Party, and (ii) partners, associates, and employees of such counsel to whom it is

reasonably necessary to disclose the information for this litigation, including supporting personnel employed by the attorneys, such as paralegals, legal secretaries, and legal clerks.

3. Absent order of the Court or written permission by Respondents, the Discovery Material produced may be reviewed by PGDx's outside counsel solely for the purposes set forth in the Special Master's Report, and for no other purpose. The Discovery Material may not be used, disseminated, or characterized by PGDx's outside counsel for any other purpose absent order of the Court or written permission by Respondents. The use of the Discovery Material as specified herein does not constitute waiver of any claim of privilege or work product protection that may exist.

4. Likewise, the disclosure, production, dissemination, or characterization of documents under this Protective Order, whether inadvertent or otherwise, shall not be a waiver of any privilege or protection.

5. Absent order of the Court, written permission by Respondents or a pending motion seeking leave to use Discovery Material as evidence subject to this Protective Order, all Discovery Material subject to this Protective Order shall be destroyed within twenty-one (21) days after the scheduled depositions, and written confirmation shall be provided of the same. Absent order of the Court or written permission by Respondents, Discovery Material shall not be quoted, summarized, characterized, or attached to any document filed or submitted to the court in the Delaware Action, this action, or any other action except in connection with a motion seeking leave to use Discovery Material as evidence, as provided for in the Special Master's Report.

6. Absent order of the Court or written permission by Respondents, testimony given in depositions referencing the Discovery Material shall also be designated and treated as "Attorneys' Eyes Only," and, absent further order of the Court or written permission by Respondents, shall be covered by the provisions of this Protective Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: March 2, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Luke A. Liss
    Luke A. Liss

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: lliss@wsgr.com

Attorneys for Respondents
WILSON SONSINI GOODRICH & ROSATI,
P.C. AND VERN NORVIEL

Dated: March 2, 2020

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: /s/ Baraa Kahf
    BARAA KAHF
    Baraa.kahf@knobbe.com

Attorneys for Movant
PERSONAL GENOME DIAGNOSTICS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 3, 2020

_____
Hon. Susan van Keulen
United States Magistrate Judge

# SIGNATURE ATTESTATION

I, Luke A. Liss, am the ECF user whose identification and password are being used to file the foregoing Stipulated [Proposed] Protective Order. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing. Executed this 2nd day of March 2020, in Palo Alto, California.

          /s/ Luke A. Liss
LUKE A. LISS
lliss@wsgr.com