UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSONAL GENOME DIAGNOSTICS, INC., <br><br> Movant, <br><br> v. <br><br> WILSON SONSINI GOODRICH & ROSATI, AND VERN NORVIEL, <br><br> Respondents. | Case No. 19-mc-80131-SVK <br><br> **ORDER GRANTING MOTION TO FILE UNDER SEAL** <br><br> Re: Dkt. No. 18 |

Before the Court is Personal Genome Diagnostics, Inc.'s ("PGDx") Administrative Motion to File Under Seal. Dkt. 18. PGDx seeks to seal portions of its motion to enforce compliance with a discovery order and an accompanying exhibit. *See* Dkt. 19.

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Communs., Inc.*, 435 U.S. 589, 597 & n.7 (1978)). A request to seal court records therefore starts with a "strong presumption in favor of access." *Kamakana*, 447 F.3d at 1178 (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). The standard for overcoming the presumption of public access to court records depends on the purpose for which the records are filed with the court. A party seeking to seal court records relating to motions that are "more than tangentially related to the underlying cause of action" must demonstrate "compelling reasons" that support secrecy. *Ctr. For Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016). For records attached to motions that are "not related, or only tangentially related, to the merits of the case," the lower "good cause" standard of Rule 26(c) applies. *Id.*; *see also Kamakana*, 447 F.3d at 1179. A party moving to seal court records must also comply with the procedures established by Civil Local

Rule 79-5.

In this instance, the "good cause" standard applies because the information PGDx seeks to seal was submitted to the Court in connection with a discovery motion rather than a motion that concerns the merits of the case. PGDx explains in its supporting declaration that it seeks to seal (1) Exhibit 4 to the PGDx motion to compel and (2) certain portions of its motion to compel that repeat the information contained in Exhibit 4. Dkt. 18-1 ¶¶ 1-3. PGDx asserts that Exhibit 4 contains PGDx's confidential business information which is not available to the public and could create a risk of harm to PGDx's business. *Id*. ¶ 2. Good cause has been shown for this narrowly tailored request. Accordingly, PGDx's motion to file under seal is **GRANTED** in its entirety.

**SO ORDERED.**

Dated: March 20, 2020

SUSAN VAN KEULEN
United States Magistrate Judge